## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Sandra Washington, et al.

                    Plaintiff,

v.                                     Case No.: 1:18−cv−03334
                                                   Honorable Robert W. Gettleman

Med−Spec. Transport, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Settlement conference held on 1/27/2020. Parties reached a binding settlement agreement. The material terms of the settlement agreement were memorialized on the record. As discussed, Defendants' counsel shall provide the first draft of the written settlement agreement to Plaintiffs' counsel by 2/10/2020. Plaintiffs' revisions, if any, are due to Defendants' counsel by 2/17/2020. The final written settlement agreement shall be executed by 2/24/2020. By 3/30/2020, the stipulation to dismiss with prejudice shall be filed with the district court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.