**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Sandra Washington, et al.

                      Plaintiff,

v.                                              Case No.: 1:18−cv−03334
                                            Honorable Robert W. Gettleman

Med−Spec. Transport, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 3/4/2020. For the reasons stated in open court this case is dismissed without prejudice with leave to reinstate by 5/5/2020. If a motion to reinstate is not filed by 5/5/2020, the dismissal will automatically convert to a dismissal with prejudice without further action by the court. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.